UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20848 CR-WILLIAMS
MAGISTRATE JUDGE
TURNOFF

21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

ROBERTO LOPEZ PERDIGON,
  a/k/a "Catire,"
  a/k/a "El Mono,"

        Defendant.
_____/


FILED by _____ D.C.
DEC 13 2011
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA - MIAMI

## INDICTMENT

The Grand Jury charges that:

From at least as early as in or around 2005, and continuing through in or about February 2010, the exact dates being unknown to the Grand Jury, in the countries of Venezuela, Dominican Republic, Mexico, Colombia, and elsewhere, the defendant,

**ROBERTO LOPEZ PERDIGON,**
**a/k/a "Catire,"**
**a/k/a "El Mono,"**

did knowingly and intentionally combine, conspire, confederate, and agree with Walid Makled and with persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ROBERTO LOPEZ PERDIGON, a/k/a "Catire," a/k/a "El Mono,"** has an interest.

2. Upon conviction of the violation alleged in this Indictment, the defendant shall forfeit all of his respective right, title and interest to the United States in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and in any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a)(1) and (2).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ADAM FELS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ROBERTO LOPEZ PERDIGON,

          Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

__X__ Miami    ____ Key West
____ FTL    ____ WPB    ____ FTP

New Defendant(s)    Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take __7__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)            (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | ____ | Petty | ____ |
| II | 6 to 10 days | __X__ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | __X__ |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
If yes:
Judge: _____ Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) __No__
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes __X__ No

_____
Adam S. Fels
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501040

*Penalty Sheet(s) attached                                                                            REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:  ROBERTO LOPEZ PERDIGON, a/k/a "Catire," a/k/a "El Mono,"**

**Case No**:_____

Count #: 1

  Conspiracy to Distribute Cocaine with Knowledge That It Will Be Unlawfully Imported Into
  the United States

  Title 21, United States Code, Section 963

**\* Max.Penalty**: Life imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.