UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBERTO LOPEZ PERDIGON

Defendant.
_____/

CASE NO. 11-20848-CR-WILLIAMS

**SECOND AMENDED
WRIT OF HABEAS CORPUS
AD PROSEQUENDUM**

Male

YOB: 1971

U.S. Marshal # 98443-004

To:  Any United States Marshal, and
Warden, Federal Detention Center-Miami
Miami, Florida   33128

   IT APPEARING that the Defendant in the above-entitled case **ROBERTO LOPEZ PERDIGON**, is confined in the Federal Detention Center, Miami at Miami, Florida. This case is scheduled for a STATUS CONFERENCE HEARING commencing Monday, March 03, 2014 at 9:30 AM as to said Defendant, and that it is necessary for said Defendant to be before this Court for said proceeding:

   NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said **ROBERTO LOPEZ PERDIGON**, now detained in custody as aforesaid, under safe and secure conduct, before this Court at the Federal Justice Building, 400 North Miami Avenue, Miami Florida, Eleventh Floor, Courtroom 11-3, by or before **Monday, March 3, 2014** for a STATUS CONFERENCE and, upon completion of these said proceedings that you return the said **ROBERTO LOPEZ PERDIGON** with all convenient speed, under safe and secure conduct, to the custody of the Warden of the **Federal Detention Center Miami at Miami, Florida** the aforesaid penal institution.

   And this is to command you, the **Warden of the Federal Detention Center at Miami, Florida** to maintain **ROBERTO LOPEZ PERDIGON** at Federal Detention Center, Miami, Florida and deliver into the custody of the United States Marshal, upon production to you of a certified copy of this Writ, the body of the said Defendant for the purpose aforesaid.

   DONE AND ORDERED, in Miami, Florida, this 13 day of December, 2013.

KATHLEEN M. WILLIAMS,
UNITED STATES DISTRICT JUDGE

cc:  U.S. Marshals Service/Federal Detention Center (4 certified copies)