UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20848-CR-WILLIAMS

**UNITED STATES OF AMERICA**

vs.

**ROBERTO LOPEZ-PERDIGON,**

        **Defendant.**

_____/

**NOTICE OF REASSIGNMENT**

    PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney is hereby entering an appearance as counsel in this matter as lead attorney. Adam Fels should be terminated as counsel for the United States of America.

                                                                                       Respectfully submitted,

                                                                                   ARIANA FAJARDO ORSHAN
                                                                                  UNITED STATES ATTORNEY

                            By:    s/Lynn M. Kirkpatrick
                                          LYNN M. KIRKPATRICK
                                          Assistant United States Attorney
                                          Court ID No. A5500737
                                          99 Northeast 4th Street
                                          Miami, Florida 33132-2111
                                          Telephone: (305) 961-9239
                                          Lynn.Kirkpatrick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/Lynn M. Kirkpatrick
Lynn M. Kirkpatrick
Assistant United States Attorney