UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20848-CR-WILLIAMS

UNITED STATES OF AMERICA

vs.

ROBERTO LOPEZ PERDIGON,

        **Defendant.**
_____/

## GOVERNMENT'S RULE 35 MOTION FOR
## REDUCTION OF SENTENCE FOR SUBSTANTIAL ASSISTANCE

      The United States, through the undersigned Assistant United States Attorney ("AUSA"), respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 35, to reduce the sentence of Roberto Lopez Perdigon. The defendant has provided the government with substantial assistance in the prosecution of other persons. In support of this motion, the government states the following:

      1.    The defendant was charged by indictment in the Southern District of Florida in December 2011.

      2.    Pursuant to a written plea agreement, Mr. Perdigon pled guilty to conspiracy to manufacture and distribute a controlled substance knowing it would be imported into the United States.

      3.    On February May 30, 2013, Mr. Perdigon was sentenced to 210 months of incarceration.

      4.    The defendant's substantial assistance has been valuable, truthful, and is now complete. Specifically, the government submits that the defendant was instrumental in securing

the indictment of seven drug traffickers in separate cases and remained ready to testify in each of those and an additional case.

5.      Accordingly, the government recommends that at this time the defendant's sentence be reduced by 40% to reflect the substantial assistance he has provided. A 40% reduction would result in a lowering of his sentence by 84 months. The defendant's 210-month sentence would therefore be reduced to a final sentence of 126 months.

6.      The undersigned has conferred with counsel for the defendant, Peter Raben, Esq. who indicated that he supports the granting of this motion, however he disagrees with the amount sought by the government. Counsel for the defendant will file a written response and would ask for a hearing on the government's motion. Counsel also stated that he would waive the defendant's presence at said hearing.

WHEREFORE, the United States respectfully requests, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, that this Court reduce the sentence previously imposed on the defendant in accordance with the government's evaluation of the nature and significance of his cooperation, which has been presented herein and will be further detailed should the Court desire to hold a formal hearing on this matter.

                                              Respectfully submitted,

                                              ARIANA FAJARDO ORSHAN
                                              UNITED STATES ATTORNEY

By:    *s / Lynn M. Kirkpatrick*
        LYNN M. KIRKPATRICK
        Assistant United States Attorney
        Court ID Number: A5500737
        99 Northeast 4th Street, Ste. 700
        Miami, Florida 33132-2111
        Tel: (305) 961-9239
        Fax: (305) 536-7213
        Lynn.Kirkpatrick@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on CM/ECF on December 3, 2020.

*s/ Lynn M. Kirkpatrick*
Lynn M. Kirkpatrick
Assistant United States